WILLIAM ZIEGLER, Appellant, *v.* WILLIAM O. BAILEY, Respondent, Impleaded with Others.

*Ziegler* v. *Bailey*, 62 App. Div. 623, affirmed.
(Argued October 28, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 28, 1901, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*James M. Fisk* for appellant.

*Monroe Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: Parker, Ch. J.

---

THE OSWEGO COUNTY SAVINGS BANK, Appellant, *v.* THE TOWN OF GENOA, Respondent.

*Oswego Co. Sav. Bank* v. *Town of Genoa*, 66 App. Div. 330, affirmed.
(Argued October 29, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Israel T. Deyo* and *S. M. Coon* for appellant.

*Frederic E. Storke* for respondent.

Judgment affirmed, with costs, on opinions at Trial Term and Appellate Division.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.